

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-60062-CR-SMITH/VALLE**

CASE NO. _____

18 U.S.C. § 1029(b)(2)
18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 2
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

**UNITED STATES OF AMERICA,**

vs.

**SAYYADA SAMIRA WHITERS,**

    **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1.     Entity 1 was a Florida limited liability company doing business as an elective surgery center located in Broward County, Florida.

2.     Co-conspirator Dekita Bellamy was a resident of Broward County, Florida.

3.     Co-conspirator Sheena Ceasar was a resident of Broward County, Florida.

4.     Co-conspirator 1 was a resident of Broward County, Florida.

5.     Individual 1 was a resident of Broward County, Florida.

6.     Individual 2 was a resident of Broward County, Florida.

7.      Defendant **SAYYADA SAMIRA WHITERS** was a resident of Broward County, Florida and an employee of Entity 1.

## COUNT 1
### Conspiracy to Commit Access Device Fraud
### (18 U.S.C. § 1029(b)(2))

1.      Paragraphs 1 through 7 of the General Allegations of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2.      From in or around March 2018, and continuing through on or about August 9, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**SAYYADA SAMIRA WHITERS,**

did knowingly and willfully combine, conspire, confederate, and agree with Dekita Bellamy, Sheena Ceasar, and other persons known and unknown to the Grand Jury, to commit violations of Title 18, United States Code, Section 1029(a), namely, to knowingly, and with intent to defraud, traffic in and use, one or more unauthorized access devices, that is, social security numbers issued to other persons and credit card numbers obtained with intent to defraud, during any one-year period, and by such conduct obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

### ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following acts, among others:

1.      On or about March 25, 2018, co-conspirator Dekita Bellamy used the social security number issued to victim "M.P.," without M.P.'s knowledge, permission, or authority, to

obtain a CareCredit credit card issued by Synchrony Financial ending in 5220 in the name of Co-conspirator 1.

2. On or about April 16, 2018, co-conspirator Sheena Ceasar used the social security number issued to victim "C.R.," without C.R.'s knowledge, permission or authority, to obtain a CareCredit credit card issued by Synchrony Financial ending in 9782 in the name of Sheena Ceasar.

3. On or about April 16, 2018, **SAYYADA SAMIRA WHITERS** sent co-conspirator Dekita Bellamy a text message that stated "If you paying for the girl today just make sure u send me a copy of your brother ID and a bank card the card credit number."

4. On or about April 17, 2018, co-conspirator Dekita Bellamy sent **SAYYADA SAMIRA WHITERS** an image displaying the front of the CareCredit card ending in 5220 accompanied by text messages that stated "It's for girl" and "I think 3500 on there."

5. On or about April 18, 2018, co-conspirator Dekita Bellamy sent **SAYYADA SAMIRA WHITERS**, via text message, an image of the front of a Florida driver license issued to Co-conspirator 1.

6. On or about April 19, 2018, **SAYYADA SAMIRA WHITERS** caused the CareCredit card ending in 5220 issued in the name of Co-conspirator 1 to be used at Entity 1 to purchase $3,500 of cosmetic medical services for Individual 1.

7. On or about May 3, 2018, **SAYYADA SAMIRA WHITERS** sent co-conspirator Dekita Bellamy a text message that stated "Can u still do it for 1500.00 the surgery for the girl I told u about," to which co-conspirator Bellamy responded "How much her stuff" and "text her information," among other things.

8.      On or about May 3, 2018, **SAYYADA SAMIRA WHITERS** sent co-conspirator Dekita Bellamy a text message containing the first name, last name, and date of birth of Individual 2.

9.      On or about May 5, 2018, Dekita Bellamy sent **SAYYADA SAMIRA WHITERS** an image displaying the front of co-conspirator Sheena Ceasar's Florida driver license, the front of a First PREMIER Bank card bearing the cardholder name of Sheena Ceasar and a 16-digit account number, and the front of the CareCredit card ending in 9782 bearing the cardholder name of Sheena Ceasar and a 16-digit account number.

10.     On or about May 5, 2018, **SAYYADA SAMIRA WHITERS** caused the CareCredit card ending in 9782 to be used at Entity 1 to authorize a purchase of $6,000 of cosmetic medical services, which authorization was declined.

All in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNT 2
### Use of Unauthorized Access Devices
### (18 U.S.C. § 1029(a)(2))

From on or about April 16, 2018, through on or about May 10, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**SAYYADA SAMIRA WHITERS,**

did knowingly, and with intent to defraud, traffic in and use one or more unauthorized access devices, that is, Florida driver license numbers issued to other persons and credit card numbers obtained with intent to defraud, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

<u>**COUNTS 3-4**</u>
**Aggravated Identity Theft**
**(18 U.S.C. § 1028A(a)(1))**

On or about the date specified as to each count below, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**SAYYADA SAMIRA WHITERS,**

as specified in each count below, during and in relation to a felony violation of Title 18, United States Code, Section 1029(b)(2), that is, knowingly and willfully combining, conspiring, confederating, and agreeing with other persons known and unknown to the Grand Jury, to commit violations of Title 18, United States Code, Section 1029(a), namely, to knowingly, and with intent to defraud, traffic in and use, one or more unauthorized access devices, that is, social security numbers issued to other persons and credit card numbers obtained with intent to defraud, during any one-year period, and by such conduct obtain anything of value aggregating $1,000 or more during that period, in violation of Title 18, United States Code Section 1029(a)(2), as charged in Count 1, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person:

| Count | Approximate Date | Means of Identification |
|-------|------------------|-------------------------|
| 3 | April 18, 2018 | Name, date of birth, and Florida driver license number of Co-conspirator 1. |
| 4 | May 5, 2018 | Name, date of birth, and Florida driver license number of co-conspirator Sheena Ceasar. |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATIONS

1.  The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **SAYYADA SAMIRA WHITERS**, has an interest.

2.  Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendant shall forfeit to the United States of America: (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL

FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
DAVID A. SNIDER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

SAYYADA SAMIRA WHITERS

_____Defendant_____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
___ Miami  ___ Key West
_✓_ FTL    ___ WPB    ___ FTP

New defendant(s)           Yes ___   No ___
Number of new defendants   ___
Total number of counts     ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No
   List language and/or dialect  ___

4. This case will take _2-4_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)
   I    0 to 5 days        _✓_               Petty      ___
   II   6 to 10 days       ___               Minor      ___
   III  11 to 20 days      ___               Misdem.    ___
   IV   21 to 60 days      ___               Felony     _✓_
   V    61 days and over   ___

6. Has this case previously been filed in this District Court?  (Yes or No)  No
   If yes: Judge ___   Case No. ___
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes: Magistrate Case No. ___
   Related miscellaneous numbers: ___
   Defendant(s) in federal custody as of ___
   Defendant(s) in state custody as of ___
   Rule 20 from the District of ___

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?  Yes ___   No _✓_

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  Yes ___   No _✓_

_____
DAVID A. SNIDER
Assistant United States Attorney
Court ID A5502260

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: <u>SAYYADA SAMIRA WHITERS</u>

Case No. _____

Count(s) #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

*Max. Penalty:  5 Years' Imprisonment

Count(s) #: 2

Use of Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(2)

*Max. Penalty:  10 Years' Imprisonment

Count(s) #: 3-4

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

*Max. Penalty:  2 Years' Imprisonment (consecutive to any other sentence)

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeiture that may be applicable.